IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC, | * |
| Plaintiff, | * |
| vs. | * |
| SHILITA WISDOM; and UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, | * CASE NO. 3:25-cv-65-CDL |
| Defendants. | * |

O R D E R

Plaintiff filed this action on April 30, 2025. More than 90 days have passed, and Plaintiff has not filed a proof of service showing that Defendant Shilita Wisdom has been served with a copy of the summons and complaint. Under Federal Rule of Civil Procedure 4(m), if a defendant is not served within 90 days after the complaint is filed, the court, after notice to the plaintiff, must dismiss the action without prejudice against the defendant or order that service be made within a specified time. Accordingly, Plaintiff is ordered to serve Defendant Wisdom in accordance with the Federal Rules of Civil Procedure by August 20, 2025, and to file proof of that service by August 27, 2025. Failure to do so will result in the dismissal of Plaintiff's complaint against Defendant Wisdom without prejudice.

IT IS SO ORDERED, this 31st day of July, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE