# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING, LLC,**<br> Plaintiff, | §<br>§<br>§ | |
| **VS.** | §<br>§ | **CIVIL ACTION NO.** |
| **SHILITA WISDOM and THE UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT,**<br> Defendants. | §<br>§<br>§<br>§<br>§<br>§ | **3:25-cv-00065-CDL** |

## ORDER GRANTING MOTION FOR FINAL JUDGMENT BY DEFAULT

The Court has considered Lakeview Loan Servicing, LLC's Motion for Final Judgment by Default as to Defendant Shilita Wisdom filed on February 11, 2026. After carefully considering the Motion, the Court is of the opinion that the Motion is well taken and should be Granted.

**IT IS ORDERED** that Plaintiff's Motion for Final Judgment by Default as to Defendant Shilita Wisdom is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court quantified the amount chargeable to the Property in respect of the Loan in the amount of $245,675.84 as of February 16, 2026, which continues to accrue per diem at $40.95, each day after February 16, 2026.

**IT IS FINALLY ORDERED** that Plaintiff shall proceed with the foreclosure sale securing such amount as remedy to Lakeview Loan Servicing, LLC for the breach of contract by Defendant Shilita Wisdom.

This 9th day of March, 2026

S/Clay D. Land
_____
CLAY D. LAND
UNITED STATES DISTRICT JUDGE